**STATE of Missouri, Respondent,**

v.

**Robin Arthur PAYNE, Appellant.**

**No. 49734.**

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 28, 1986.

Holly G. Simons, Columbia, for appellant.

William L. Webster, Kevin B. Behrndt, Jefferson City, for respondent.

## ORDER

PER CURIAM.

Defendant appeals from his conviction after a jury trial of attempted stealing in violation of §§ 564.011 and 570.030 RSMo. 1978. After being found a prior offender, he was sentenced to the custody of the Department of Corrections and Human Resources for a period of ten years. An extended opinion would have no precedential value. The judgment is affirmed pursuant to Rule 30.25(b).